UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 15 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DAVID E. PAYNE, )
)
    Plaintiff, )
)
v. ) Civil Action No. 05-1871
)
TRENT LOTT, *et al.*, )
)
    Defendants. )

### ORDER

It is hereby

ORDERED that the motion for leave to proceed on appeal *in forma pauperis* is **GRANTED**.

SO ORDERED.

_____
United States District Judge

DATE: Dec. 10, 2005